CERTIFICATE OF SERVICE

I hereby certify that on the 14 of _____ 2007 I caused to be delivered by U.S. Certified Mail, Return Receipt Requested, a copy of the foregoing PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 to:

United States Attorney's Office for the Northern District of California
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

MARTIN RESENDEZ GUAJARDO
Attorney for Petitioner

7