1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927
7
Attorneys for Respondents
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12
BHUPINDER KAUR KHARANA,            )    No. C 07-4754 TEH
13                                 )
            Petitioner,             )
14                                 )
    v.                              )    DECLARATION OF MELANIE PROCTOR
15                                 )
MICHAEL CHERTOFF, et al.,           )
16                                 )
            Respondents.            )
17 _____ )

18 | I, Melanie Proctor, declare and state as follows:

19 | 1.    I am employed by the United States Attorney's Office, Northern District of

20 | California, as an Assistant United States Attorney. My current employment address is 450 Golden

21 | Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the

22 | above-captioned matter.

23 | 2.    I prepared the Government's Return on the basis of the pleadings filed in this case,

24 | as well as the administrative record. On September 20, 2007, I reviewed Petitioner's administrative

25 | file ("A-file) at Immigration and Customs Enforcement, Department of Homeland Security, 630

26 | Sansome Street, San Francisco, California, 94111.

27 | ///

28 | ///

3.     The documents attached as Exhibits A-E are from the A-file.

A true copy of said documents accompanies the Government's Return in this case. Signed this 22nd day of October, 2007, in San Francisco, California.

                                                                    /s/
                                        MELANIE L. PROCTOR

# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
SAN MARTIN FACILITY

FF196223

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

JUGDISH KAUR SINGH (2/19/62),
9020 CALLE DEL REY, GILROY, CA 95020
BHUPINDER KHARANA (10/9/66),
9020 CALLE DEL REY, GILROY, CA 95020

Defendant(s)

FELONY COMPLAINT

DA NO: 010821612
 CEN
01043917  JS  BAIL  8/21/2001
01043920  BK  BAIL  8/21/2001

FILED
AUG 13 2001
KIRI TORRE, CLERK
SUPERIOR COURT OF SANTA CLARA
CO. OF SANTA CLARA
BY [signature] DEPUTY

The undersigned is informed and believes that:

**COUNT 1**

On or about and between May 10, 2001 and May 22, 2001, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER FOUR HUNDRED DOLLARS, in violation of PENAL CODE SECTION 484-487(a), a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did unlawfully take personal property, Money, of a value exceeding four hundred dollars ($400.00), the property of Micro D Components (Reddy Subaasrar).

**COUNT 2**



On or about and between May 10, 2001 and May 22, 2001, in the County of Santa Clara, State of California, the crime of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of PENAL CODE SECTION 532, a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did knowingly and designedly, and by a false and fraudulent representation and pretense, defraud Micro D Components (Reddy Subaasrar) of money, $11,000..

### COUNT 3

On or about and between May 2, 2001 and May 16, 2001, in the County of Santa Clara, State of California, the crime of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of PENAL CODE SECTION 532, a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did knowingly and designedly, and by a false and fraudulent representation and pretense, defraud Pan Asia Pacific (Peter Abbot) of money, $23,000..

### COUNT 4

On or about and between May 2, 2001 and May 16, 2001, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER FOUR HUNDRED DOLLARS, in violation of PENAL CODE SECTION 484-487(a), a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did unlawfully take personal property, Money, of a value exceeding four hundred dollars ($400.00), the property of Pan Asia Pacific (Peter Abbot).

### COUNT 5



On or about and between June 22, 2001 and July 12, 2001, in the County of Santa Clara, State of California, the crime of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of PENAL CODE SECTION 532, a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did knowingly and designedly, and by a false and fraudulent representation and pretense, defraud Carl Green (Green Machine) of money, $17,000..

### COUNT 6

On or about and between June 22, 2001 and July 12, 2001, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER FOUR HUNDRED DOLLARS, in violation of PENAL CODE SECTION 484-487(a), a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did unlawfully take personal property, Money, of a value exceeding four hundred dollars ($400.00), the property of Green Machine (Carl Green).



## COUNT 7

On or about and between June 26, 2001 and July 16, 2001, in the County of Santa Clara, State of California, the crime of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of PENAL CODE SECTION 532, a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did knowingly and designedly, and by a false and fraudulent representation and pretense, defraud Genics Company (Jim Lindgren) of money, $26, 250..

## COUNT 8

On or about and between June 26, 2001 and July 16, 2001, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER FOUR HUNDRED DOLLARS, in violation of PENAL CODE SECTION 484-487(a), a Felony, was committed by JUGDISH KAUR SINGH AND BHUPINDER KHARANA who did unlawfully take personal property, Money, of a value exceeding four hundred dollars ($400.00), the property of Genics Company (Jim Lindgren).

(NOPR) It is further alleged that in the commission and attempted commission of the offense(s) charged above the defendant JUGDISH KAUR SINGH, with the intent to do so, took, damaged and destroyed property of a value exceeding fifty thousand dollars ($50,000), within the meaning of Penal Code section 12022.6(a)(1).

(NOPR) It is further alleged that in the commission and attempted commission of the offense(s) charged above the defendant BHUPINDER KHARANA, with the intent to do so, took, damaged and destroyed property of a value exceeding fifty thousand dollars ($50,000), within the meaning of Penal Code section 12022.6(a)(1).

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the pretrial restraint of defendant JUGDISH KAUR SINGH, for the above-listed crimes.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the pretrial restraint of defendant BHUPINDER KHARANA, for the above-listed crimes.

Complainant therefore requests that the defendant(s) be dealt with according to law.

I certify under penalty of perjury that the above is true and correct.

Executed on August 9, 2001, in SANTA CLARA County, California.

_____
Sheedy S1720
( Marfia M6750 )
GPD (408) 846-0300 013996 ***
SIBLEY/ D362/ FELONY/ jd

THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
ATTEST: KIRI TORRE

JAN 27 2003

CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY _____ DEPUTY



```
SOUTH COUNTY FACILITY                                    CASE NO.    FF196223
12425 MONTEREY ROAD                                                  01043920
SAN MARTIN, CA 95046                      DATE    12/14/2001  9:00 AM  DEPT. 91
PEOPLE VS. BHUPINDER KHARANA                     10/09/1966
D.K.A.   9020 CALLE DEL REY              CLERK
         GILROY, CA                      HEARING  PRELIMINARY SETTING
JUDGE    HON. KENNETH L. SHAPERO         AGENCY   GI-04304-M6750-MARFIA
REPORTER M CALDWELL                      STATUS   O-BB  -24000/P1 L25     TW  Y
DEF. ATTY.  RAFFAELLI        D.A. Sibley   CLERK: BAETEN/ABSONGCO
CHARGES  F(001)PC484/487(A)              F(002)PC532                 VIOLATION DATE
         F(003)PC532            4-15-02  F(004)PC484/487(A)          05/10/2001
         F(005)PC532                     F(006)PC484/487(A)   D90    *
```

**NEXT APPEARANCE** _____

- ☑ Defendant Present ☐ Not Present ☑ Atty Present ___ A/R ___ ☐ AD / PD / Legal Aide / Special App
- ☐ WFA ☐ Arr'd ☐ Amended complt ☐ Arr ☐ Plea ☐ IDC ☑ Prob / Sent ☐ Interp _____
- ☐ PC977 Waiver ☐ Filed ☐ On file ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR ☐ Pretrial Services to Contact Gateway for Assm't
- ☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ PTC ☐ S/B MTC ☐ Bail Reinstated ☐ Bail Exonerated
- ☐ Priors / Allegations / Enhancements Denied ☐ Further ☐ Jury ☐ CT ☐ Peo/Def Wav Jury ☐ Forfeited Bond # _____
- ☑ TW ☐ TNW ☑ TW / WD ☑ for Sent ☐ Proof of _____ ☐ Reassumption Filed ☐ Forfeiture Set Aside
- ☐ Ref / Appt PD / ADO ☐ Conflict Decl ☐ Ref'd ☐ $___ Costs Within 30 Days to Court
- ☐ ____ Relieved ____ Appt'd ☐ Crim Proc Susp ☐ Rein SORP / OR ☐ Revoked ☐ Reinstated
- ☐ Hrg on Motion _____ ☐ Doubt Decl Pursuant PC 1368 ☐ BW Ordered $_____ ☐ Stayed
- ☐ Granted ☐ Den ☐ Subm ☐ OC ☐ Subm on rept ☐ Found ☐ BW Set Aside ☐ Recalled ☐ To Issue
- ☐ Drs. Appointed _____ ☐ Max Term ☐ Committed Other: _____
- ☐ Prelim Waived ☑ Certified to General Jurisdiction ☐ MBA/COM Amended to _____ no add'l counts to be filed if full restitution made

**PLEA Conditions:** ☑ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP
- ☐ Jail / Prison Term of _____
- ☑ Dismissal / Striking  Ct 1 PC484/487(A)  Ct 4 PC484/487(A)  Ct 6 PC484/487(A)  Ct 8 PC484/487  ☑ Subm time of sent
- ☑ Adv ☑ Max Pen ☑ Parole/Probation ☐ Appeal ☑ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future serious felony prior ☑ PC12021 (gun)
- ☑ Waives Constit Rights ☐ Written Waiver filed ☑ PC17 REDUCTION ☑ Waives Arbuckle ☑ Harvey Stip w/ cts dism
- ☑ COP PLEADS ☐ GUILTY ☑ NOLO CONTENDERE to charges & admits enhs/priors (see below) ☑ Factual Basis found ☐ Findings stated
- ☐ Notice of Eligibility Filed ☐ DEJ Granted ☐ Rpt to DADS ☐ DEJ Rein ☐ DEJ Term ☐ Guilty Plea Rendered
- ☐ Waives Referral ☑ Ref'd to APO Full Rpt ☐ PROBATION DENIED **FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT
- ☐ Sentenced to _____ State Prison/County Jail ☐ Sent Suspended _____ COUNT __ $__ + PA $__ ☐ Purs HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period COUNT __ $__ + PA $__
- ☐ COURT ☐ FORMAL PROBATION GRANTED for _____ Days / Mos / Yrs  DPF / AIDS $__ + PA $__
- ☐ Report to APO within _____ Days ☐ Upon Release ☐ Terminated  DRF / RF $__ Add'l RF$__ Susp'd PC1202.45
- ☐ Commun Altern Program ☐ Perform ___ hrs Volunteer Work  DEJ $__ **CTS PC 2900.5** $__
- ☐ Submit Search / Testing ☐ Educ / Voc Trng / Empl  AEF $__ **TOTAL DUE** $__
- ☐ Not drive w/o valid DL & Ins ☐ DVPO issued / mod / term Exp _____ ADPA $__ ☐ Committed @ $__ /Day
- ☐ Not own/possess deadly weapons ☐ Weapon ordered destroyed _____ LAB $__ ☐ Consec/Conc to _____
- ☐ No contact w/victim or family / co-defts unless appr by APO ☐ PC1202.05 NC $__ ☐ Payments Granted / Modified
- ☐ No alcohol / drugs or where sold ☐ Restitution _____ ASF / CPF $__ $__ / Mo beginning
- ☐ Substance abuse, Domestic Violence, Psychological, Parenting cnsl / prgm AR $__ ☐ FINE STAYED _____
- ☐ PC296 (DNA) ☐ PC1202.1 (Aids Testing) ☐ Aids Education Program SHELTER $__ ☐ Fine Deemed Satisfied ☐ Commuted
- Other: _____ DV $__ ☐ Vol Wk _____ Hrs in Lieu of Fine

**VOP:** ☐ Arr'd VOP ☐ Admits/Denies Violation ☐ Court Finds VOP / No VOP  ATTY $__ ☐ DSA thru APO / DOR / CRT ☐ Filed
- ☐ Prob Rein / Mod / Term / Revoked / Remains Revoked / Ext to _____ P/INV $__ ☐ P/SUP $__ /Mo
- ☐ Original Terms & Conditions Except as Amended Herein  CJAF $__ _____ to _____
- Coterminous with _____ ☐ No Further Penalties ☐ Restitution $__ _____ to _____

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons ☐ Referred to VWAC ☐ As Determined APO / CRT

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail |
|---|---|---|---|---|---|---|
| 2 | F | PC532 | | | | |
| 3 | F | PC532 | | | | |
| 3 | F | PC532 | | | | |
| 7 | F | PC532 | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|
| PC12022.6 (A)(1) - admitted | | | | | | | | 1 |

- CTS = _____ ACT + _____ ☐ PC4019 ☐ PC2933.1 = _____ **TOTAL DAYS** _____ **TOTAL TERM** _____
- ☐ Straight time ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec _____ ☐ Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
- ☐ Sent Deemed Srvd ☐ Rpt to Local Parole ☐ Adv of _____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to _____
- ☐ Bal CJ Susp ☐ All but _____ Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
- ☐ Pre-process _____ AM/PM ☐ Stay/Surrender Transport to _____ @ _____ AM/PM or Sooner

- ☐ REMANDED-BAIL $_____ ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T
- ☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

DISTRIBUTION:   BLACK - FILE COPY,   GREEN - DOC,   BLUE - CJIC,   PURPLE - DOR/PROBATION,   BROWN - DEFENDANT

**SUPERIOR COURT**
12425 MONTEREY ROAD
SAN MARTIN, CA 95046

CASE NO. FF196223
CEN 01043920
DATE 09/30/2002 9:00 AM DEPT. 90

PEOPLE VS. BHUPINDER KHARANA
10/09/1966
K.A. 9020 CALLE DEL REY
GILROY, CA
CLERK K. KOWALK            DRN607 F
HEARING PROBATION AND SENTENCING
JUDGE HON. ~~CUNNINGHAM~~ Lee
AGENCY GI-04304-S1720-SHEEDY
REPORTER M. CALDWELL
STATUS O-BB -24000/P1 L25   TW  ?
DEF. ATTY. RAFFAELLI   D.A. Hogg
APO

CHARGES F(001)PC484/487(A)    F(002)PC532
F(003)PC532             F(004)PC484/487(A)
F(005)PC532             F(006)PC484/487(A)

VIOLATION DATE
05/10/2001

**NEXT APPEARANCE**

[✓] Defendant Present  [ ] Not Present    [✓] Atty Present
[ ] WFA  [ ] Arr'd  [ ] Amended complt    [ ] Arr  [ ] Plea  [ ] IDC  [ ] Prob/Sent     AD/PD/Legal Aide/Special App
[ ] PC977 Waiver  [ ] Filed  [ ] On file  [ ] Bail/OR/SORP  [ ] Rect Dr Rpt  [ ] FAR   [ ] Interp
[ ] NG  [ ] Entered by CRT  [ ] NGBRI/Adv   [ ] PSet  [ ] Prelim  [ ] PTC  [ ] S/B MTC  [ ] Pretrial Services to Contact Gateway for Assm't
[ ] Priors/Allegations/Enhancements Denied  [ ] Further  [ ] Jury  [ ] CT  [ ] Peo/Def Wav Jury   [ ] Bail Reinstated  [✓] Bail Exonerated
[ ] TW  [ ] TNW  [ ] TW/WD  [ ] for Sent    [ ] Proof of                                [ ] Forfeited  Bond #
[ ] Ref/Appt PD/ADO  [ ] Conflict Decl     [ ] Ref'd                                     [ ] Reassumption Filed  [ ] Forfeiture Set Aside
[ ] Relieved ___ Appt'd                    [ ] Crim Proc Susp  [ ] Rein                  [ ] $ ___ Costs Within 30 Days to Court
[ ] Hrg on Motion                          [ ] Doubt Decl Pursuant PC 1368              SORP/OR [ ] Revoked  [ ] Reinstated
[ ] Granted  [ ] Den  [ ] Subm  [ ] OC     [ ] Subm on rept  [ ] Found                  [ ] BW Ordered $ ___    [ ] Stayed
[ ] Drs. Appointed                         [ ] Max Term ___  [ ] Committed ___          [ ] BW Set Aside  [ ] Recalled  [ ] To Issue
[ ] Prelim Waived  [ ] Certified to General Jurisdiction  [ ] MDA/COM Amended to        Other:

**PLEA Conditions:** [ ] None  [ ] No State Prison  [ ] PC17 after 1 Yr Prob  [ ] Includes VOP
[ ] Jail/Prison Term of
[✓] Dismissal/~~Striking~~ Counts 1,4,6,8                                                [ ] Subm time of sent
[ ] Adv  [ ] Max Pen  [ ] Parole/Probation  [ ] Appeal  [ ] Immig  [ ] Reg PC290/HS11590/PC457.1/PC186.30  [ ] Future serious felony prior  [✓] PC12021 (gun)
[ ] Waives Constit Rights  [ ] Written Waiver filed  [ ] PC17 REDUCTION  [ ] Waives Arbuckle  [ ] Harvey Stip
[ ] COP PLEADS  [ ] GUILTY  [ ] NOLO CONTENDERE to charges & admits enhs/priors (see below)  [ ] Factual Basis found  [ ] Findings stated
[ ] Notice of Eligibility Filed  [ ] DEJ Granted  [ ] Rpt to DADS  [ ] DEJ Rein  [ ] DEJ Term  [ ] Guilty Plea Rendered
[ ] Waives Referral  [ ] Ref'd to APO Full Rpt  [ ] PROBATION DENIED    FINES/FEES: PAY TO [ ] Ref to DOR  [ ] COURT
[ ] Sentenced to ___ State Prison/County Jail  [✓] Sent Suspended All Cty Count ___ $ ___ + PA $ ___  [ ] Purs HS11350d

**PROBATION** [ ] Execution  [✓] Imposition of sentence suspended for probation period  COUNT ___ $ ___ + PA $ ___
[ ] COURT  [✓] FORMAL PROBATION GRANTED for 3 Days/Mos/Yrs   DPF/AIDS $ ___ + PA $ ___
[✓] Report to APO within 3 Days  [ ] Upon Release  [ ] Terminated   DRF/RF $200 Add'l RF $ ___ Susp'd PC1202.45
[ ] Commun Altern Program  [ ] Perform ___ hrs Volunteer Work   DEJ $ ___    CTS PC 2900.5 $ ___
[ ] Submit Search/Testing  [✓] Educ/Voc Trng/Empl              AEF $ ___    **TOTAL DUE** $ ___
[ ] Not drive w/o valid DL & Ins  [ ] DVPO issued/mod/term Exp  ADPA $ ___   [ ] Committed @ $ ___ /Day
[ ] Not own/possess deadly weapons  [ ] Weapon ordered destroyed  LAB $ ___  [ ] Consec/Conc to
[✓] No contact w/victim or family/co-defts unless appr by APO  [ ] PC1202.05  NC $ ___  [ ] Payments Granted/Modified
[ ] No alcohol/drugs or where sold  [✓] Restitution TBD       ASF/CPF $ ___  $ ___ / Mo beginning ___
[ ] Substance abuse, Domestic Violence, Psychological, Parenting cnsl/prgm  AR $ ___  [ ] FINE STAYED
[ ] PC296 (DNA)  [ ] PC1202.1 (Aids Testing)  [ ] Aids Education Program  SHELTER $ ___  [ ] Fine Deemed Satisfied  [ ] Commuted
Other: ___                                                    DV $ ___  [ ] Vol Wk ___ Hrs in Lieu of Fine
**VOP:** [ ] Arr'd VOP  [ ] Admits/Denies Violation  [ ] Court Finds VOP/No VOP  ATTY $ ___  [ ] DSA thru APO/DOR/CRT  [ ] Filed
[ ] Prob Rein/Mod/Term/Revoked/Remains Revoked/Ext to ___     P/INV $300  [✓] P/SUP $42 /Mo
[ ] Original Terms & Conditions Except as Amended Herein       CJAF $ ___ to ___
[ ] Coterminous with ___  [ ] No Further Penalties              [ ] Restitution $ ___ to ___

**JAIL/PRISON** [✓] See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons  [ ] Referred to VWAC  [ ] As Determined APO/CRT

| Count | F/M | Violation | Prison Term/Yrs | Enhancement/Priors | Yrs/Styd/Strkn | County Jail |
|---|---|---|---|---|---|---|
| 2 | F | 532 | | | | 1 year |
| 3 | F | 532 | | | | |
| 5 | F | 532 | | | | |
| 7 | F | 532 | | | | |

Enhancement Yrs/S  Enhancement Yrs/S  Enhancement Yrs/S  Enhancement Yrs/S  Enhancement Yrs/S  Total

2022 (a)(1) Imposition is suspended at this time                     NO BAIL
TS = 2  ACT + ___  [ ] PC4019  [ ] PC2933.1 = 2  TOTAL DAYS  TOTAL TERM 1 year
[ ] Straight time  [ ] WWP  [ ] PC1209 Fees  [ ] Waived  [ ] Court Rec ___  [ ] Except  [ ] EMP/PSP/WF/ERP/DRP/Co Parole/NP
[ ] Sent Deemed Srvd  [ ] Rpt to Local Parole  [ ] Adv of ___ Yrs Parole/Appeal Rights  [ ] Consec  [ ] Conc to ___
[ ] Bal CJ Susp  [ ] All but ___ Days/Mos  [ ] On Cond Complete Residential Treatment Prgm  [ ] Serve Consec MO/TU/WE/TH/FR/SA/SU
[✓] Pre-process ___ @ ___ AM/PM  [ ] Stay/Surrender Transport to 11.15.02 @ 10 AM/PM or Sooner

[ ] REMANDED-BAIL $ ___  [ ] NO BAIL  [ ] COMMITTED  [ ] RELEASED  [ ] OR  [ ] SORP  [ ] DOC TO CONTACT JAC FOR ASSM'T
[ ] AS COND OF SORP  [ ] BAIL INCREASED/REDUCED  [ ] TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL

DISTRIBUTION:  BLACK - FILE COPY,  GREEN - DOC,  BLUE - CJIC,  PURPLE - DOR/PROBATION,  BROWN - DEFENDANT

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
# ATTACHMENT PAGE

PEOPLE vs. Kharana

CASE # FF１９６２２３
DATE: 9.30.02

| Count | F/M | Violation | Prison Term /Yrs | Enhancements / Priors | Yrs/Styd/Strkn | County Jail |
|---|---|---|---|---|---|---|
| X | | No private internet use at home | | | | |
| X | | No ~~access~~ proprietor ware privacy position is commerce | | | | |
| X | | No internet business | | | | |

**Strike Prior(s) stricken pursuant to PC1385 based on the following reasons:**
1.
2.
3.
4.
5.

## ADDITIONAL PROBATION CONDITIONS:

[ ] Participate in **San Jose Alternatives to Violence Men's Drop-In Group** until enrolled in Domestic Violence Program
[ ] Participate in **Alcohol/Child Abusers** or other therapeutic program/counseling as directed by APO/Court

[ ] Participate in [ ] Delete  [ ]Reinstate   [ ] 1st Offender [ ] 3 mos [ ] 6 mos [ ] MOP  [ ] Report within _____days
[ ] DL suspended/revoked/restricted for _____days/mos/yrs to, from, during [ ] Work/Alc Prog/School/Appts_____ [ ] Pur VC_____
[ ] IID advised / ordered / removed. Term_____yrs. [ ] Vehicle impounded / not impounded   [ ] Standard conditions Pursuant VC23600

[ ] Pay all **certified batterer's program** participation fees
[ ] Do not annoy, molest, strike, attack, threaten, harass, batter, sexually assault or disturb the peace of the victim
[ ] **No contact with victim or family / co-defendants unless approved by APO / Court**
[ ] **No contact by mail / pager / portable communication device**
[ ] Stay away from victim's residence and place of employment
[ ] Stay_____ feet / yards from victim
[ ] May have contact with victim under conditions approved by APO
[ ] Obey all Family Court orders
[ ] Shall not use corporal punishment in the disciplining of children

[ ] No illegal drugs / medications without a prescription
[ ] Take all medications as prescribed

[ ] **GANG ORDERS:** no insignia, tattoos, emblem, button, badge, cap, hat, scarf, bandanna, jacket, or other article of clothing which is evidence of affiliations with/or membership in a gang, no association with gang members, not frequent any areas of gang related activity. Shall not be adjacent to any school campus during school hours unless enrolled or with prior administrative permission. Shall not appear at any court proceeding unless a party, or defendant in a criminal action or subpoenaed as a witness. Register as required by law due to gang association.
[ ] Other: _____

DISTRIBUTION: BLACK-FILE COPY,  GREEN-DOC,  BLUE-CJIC,  PURPLE-DOR/PROBATION,  BROWN-DEFENDANT

# EXHIBIT B

**Department of Justice**
Immigration and Naturalization Service

**Record of Deportable/Inadmissable Alien**

| Family Name (CAPS) | First | Middle |
|---|---|---|
| KHARANA, Bhupinder Kaur | | AKA KHARANA, Bhupinder |

| Country of Citizenship | Passport Number and Country of Issue | File Number |
|---|---|---|
| INDIA | A-110159  India | A 40 052 358 |

**U.S. Address:** IN SERVICE CUSTODY

| Date, Time, Place, and Manner of Last Entry | | Passenger Boarded At |
|---|---|---|
| 05/21/1987    SFR    IMMIGRANT | | Unknown |

**Number, Street, City, Province (State) and Country of Permanent Residence:** Khambra, India

**Date of Birth:** 10/09/1966

**City, Province (State) and Country of Birth:** Khambra, India

**NIV Issuing Post and NIV Number:** New Delhi, India   IV-40,052,358

**Date Visa Issued:** 05/11/1987

| Date of Action | Location Code |
|---|---|
| 02/27/2003 | SNJ/INV |

AR ☐   Form: (Type and No.)   Lifted ☐   Not Lifted ☐

**Social Security Account Name:** Same
**Social Security Number:** 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

**Immigration Record:** SEE NARRATIVE AND ATTACHMENTS
**Criminal Record:** SEE NARRATIVE AND ATTACHMENTS

**Name, Address, and Nationality of Spouse:** Jugdish Singh, USC, U.S.   (Natz - 1989)

**Father's Name, Nationality, and Address:** Amolak SINGH, India, India

**Mother's Present and Maiden Names, Nationality, and Address:** Rajinder KAUR, India, India

**Monies Due/Property in U.S. Not in Immediate Possession:** ☐ None Claimed   ☐ See Form I-43

**Fingerprinted?** ☐ Yes  ☐ No   **INS Systems Checks:** CIS/DACS/CII/CJICS   **Charge Code Word(s):** R2A3

**Name and Address of (Last)(Current) U.S. Employer:** UNEMPLOYED
**Type of Employment:** LABORER   **Salary:** UNKNOWN   **Employed from/to:** UNKNOWN

| Sex | Hair | Eyes | Complexion |
|---|---|---|---|
| F | BLACK | BROWN | MEDIUM |

| Height | Weight | Occupation |
|---|---|---|
| 5'04" | 168 | LABORER |

**Scars and Marks:** N/V

| F.B.I. Number | Marital Status |
|---|---|
| 407336TB9 | Married |

**Method of Location/Apprehension:** 511.2.2

| At/Near | Date/Hour |
|---|---|
| SANTA CLARA COUNTY JAIL | 1/23/2003 |

**By:** D.M. Sanchez, Special Agent

| Status at Entry | Status When Found |
|---|---|
| IMMIGRANT | IN INSTITUTION |

**Length of Time Illegally in U.S.:** OVER 1 YEAR

**Number and Nationality of Minor Children:** Claims 2-USC

**Narrative:**

Institution name: KHARANA, Bhupinder   Institution No.: DRN607   ERD:   CII No.: A22966754

SUBJECT came to the attention of the Service, pursuant to her incarceration at the Santa Clara County Jail, Elmwood Facility, Milpitas, California, for the offense of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of Section 532 of the California Penal Code.

SUBJECT is married female, 36 years old, native and citizen of India since birth, who alleged to have entered the United States as set forth above.

SUBJECT was, on December 14, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, on four (4) counts, for the offense of OBTAINING MONEY OR PROPERTY BY FALSE PRETENSES, in violation of Section 532 of the California Penal Code.

SUBJECT was, on December 14, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of, TOOK/DAMAGED AND DESTROYED PROPERTY OF A VALUE EXCEEDING $50,000 DOLLARS, in violation of Section 12022.6 of the Califonria Penal Code.

SUBJECT admits alienage. Except for what is mentioned above, SUBJECT disclaims any other ties, equities, or petitions pending before the Service on her behalf.

SUBJECT did not indicate any fears of torture or persecution should she be Removed to her Country of Citizenship.

NTA/WA. Bond Recommendation: No Bond.

(Signature and Title) Special Agent

Alien has been advised of communication privileges pursuant to 8 CFR 242.2(e) (Date/Initials)  01/23/2003  DMS

**DISTIBUTION**
1 FILE          1 LOG
1 STATISTICAL   1 AGENT
1 DACS / CREATE 1 VR (if applicable)

Received: (Subject and Documents) (Report of Interview) from:
Officer: D.M. Sanchez, Special Agent
on: 02/27/2003   Disposition: NTA/WA
Reviewing Officer:

Form I-213